CLOSED, ECF

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03236-JSR

Cashman et al v. Menu Foods Midwest Corporation et al
Assigned to: Judge Jed S. Rakoff
Cause: 28:1331 Fed. Question: Other

Date Filed: 04/23/2007
Date Terminated: 08/06/2007
Jury Demand: Both
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Mark Cashman**
*Individually and on behalf of all others similarly situated*

represented by **Gregory Mark Nespole**
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10017
212-545-4657
Fax: (212) 545-4693
Email: nespole@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin E. Restituyo**
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016
(212)-545-4702
Fax: (212)-686-0114
Email: restituyo@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ciro Aiello**
*individually and on behalf of all others similarly situated*

represented by **Gregory Mark Nespole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin E. Restituyo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Menu Foods Midwest Corporation**

**Defendant**
**Menu Foods Income Fund**

**Defendant**
**Menu Foods Limited**

Dockets.Justia.com

**Defendant**
Menu Foods Inc.

**Defendant**
Menu Foods Holdings Inc.

**Defendant**
The Procter & Gamble Company    represented by    **Allison Beth Neidoff**
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
212 649 4753
Fax: 973 639 6233
Email: aneidoff@gibbonslaw.com
*ATTORNEY TO BE NOTICED*

**Kim M. Catullo**
Gibbons P.C. (NY)
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
212 554 9617
Fax: 973 639 6280
Email: kcatullo@gibbonslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
The Iams Company    represented by    **Allison Beth Neidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kim M. Catullo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
Chemnutra Inc.    represented by    **Brian Preston Heermance**
Morrison Mahoney, LLP(NYC)
17 State Street Ste 110
New York, NY 10004
(212)-428-2484
Fax: (646)-576-891
Email: bheermance@morrisonmahoney.com
*ATTORNEY TO BE NOTICED*

**Defendant**
John Does
*No. 1 through 100*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2007 | 1 | COMPLAINT against Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings Inc., The Procter & Gamble Company, The Iams Company, Chemnutra Inc., John Does, Menu Foods Midwest Corporation, Menu Foods Income Fund. (Filing Fee $ 350.00, Receipt Number 613021)Document filed by Mark Cashman, Ciro Aiello.(jpo) (Entered: 04/24/2007) |
| 04/23/2007 |  | SUMMONS ISSUED as to Menu Foods Limited, Menu Foods Inc., Menu Foods |

| | | |
|---|---|---|
| | | Holdings Inc., The Procter & Gamble Company, The Iams Company, Chemnutra Inc., John Does, Menu Foods Midwest Corporation, Menu Foods Income Fund. (jpo) (Entered: 04/24/2007) |
| 04/23/2007 | | Magistrate Judge Kevin N. Fox is so designated. (jpo) (Entered: 04/24/2007) |
| 04/23/2007 | | Case Designated ECF. (jpo) (Entered: 04/24/2007) |
| 04/27/2007 | 2 | NOTICE OF COURT CONFERENCE: Conference to take place on June 25, 2007, at the United States Courthouse, 500 Pearl Street, New York, New York in Courtroom 14B at 11:00 a.m. (Signed by Judge Jed S. Rakoff on 4/27/07) (js) (Entered: 04/30/2007) |
| 04/27/2007 | | Set Deadlines/Hearings: Status Conference set for 6/25/2007 11:00 AM before Judge Jed S. Rakoff. (js) (Entered: 04/30/2007) |
| 04/30/2007 | 3 | NOTICE OF APPEARANCE by Allison Beth Neidoff on behalf of The Procter & Gamble Company, The Iams Company (Neidoff, Allison) (Entered: 04/30/2007) |
| 05/21/2007 | 4 | STIPULATION: the time for defendants Proctor & Gamble and The Iams Company's time to answer or otherwise respond to the complaint is extended to 6/26/07. (Signed by Judge Jed S. Rakoff on 5/21/07) (db) (Entered: 05/21/2007) |
| 05/21/2007 | | Set Answer Due Date purs. to 4 Stipulation and Order as to The Procter & Gamble Company answer due on 6/26/2007; The Iams Company answer due on 6/26/2007. (db) (Entered: 05/21/2007) |
| 06/20/2007 | | ***DELETED DOCUMENT. Deleted document number 5 Certified Conditional Transfer Order. The document was incorrectly filed in this case. (jeh) (Entered: 06/20/2007) |
| 06/25/2007 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Telephone Conference held on 6/25/2007. (tro) (Entered: 06/28/2007) |
| 06/28/2007 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Initial Pretrial Conference held on 6/28/2007. (jp) (Entered: 07/13/2007) |
| 06/29/2007 | 5 | ANSWER to Complaint. Document filed by The Procter & Gamble Company, The Iams Company. (Attachments: # 1 Rule 7.1 Disclosure Statement)(Catullo, Kim) (Entered: 06/29/2007) |
| 06/29/2007 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund.(Kirshnitz, Eliot) (Entered: 06/29/2007) |
| 06/29/2007 | 7 | ANSWER to Complaint with JURY DEMAND. Document filed by Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund.(Kirshnitz, Eliot) (Entered: 06/29/2007) |
| 06/29/2007 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Chemnutra Inc..(Heermance, Brian) (Entered: 06/29/2007) |
| 06/29/2007 | 9 | ANSWER to Complaint with JURY DEMAND. Document filed by Chemnutra Inc.. (Heermance, Brian) (Entered: 06/29/2007) |
| 06/29/2007 | 10 | CIVIL CASE MANAGEMENT PLAN:This court requires that this case shall be ready for trial on 11/26/07; the case is to be tried to a jury; joinder of additional parties must be accomplished by 9/7/07; Defendants will move or answer by June 29, 2007; see document for further discovery deadlines; Joinder of Parties due by 9/7/2007., Motions due by 7/16/2007.,Responses due by 8/6/2007,Replies due by 8/20/2007., A hearing on plaintiffs' class certification motion shall be held on 8/29/07 at 4 p.m. before Judge Jed S. All depositions must be completed by 11/2/07...; All discovery is to be completed by 11/2/07. (Signed by Judge Jed S. Rakoff on 6/28/07) (djc) . (Entered: 07/02/2007) |

| 07/13/2007 | 11 | NOTICE of MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407. Document filed by Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings Inc., The Procter & Gamble Company, The Iams Company, Chemnutra Inc., Mark Cashman, Ciro Aiello, Menu Foods Midwest Corporation, Menu Foods Income Fund. (Attachments: # 1 Transfer Order.# 2 Conditional Transfer Order (CTO-1).)(Dizon, Carolyn) (Entered: 07/13/2007) |
|---|---|---|
| 07/24/2007 | 12 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - District of New Jersey. (Signed by Judge MDL Panel on 6/28/7) (laq) Additional attachment(s) added on 8/6/2007 (Aquino, Lourdes). (Entered: 08/03/2007) |
| 08/06/2007 | | MDL TRANSFER OUT: Mailed certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of New Jersey. Mailed via Federal Express AIRBILL # 8582 4870 0382 on 8/6/7. (laq) (Entered: 08/06/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/13/2007 15:57:21 | | | |
| PACER Login: | us4214 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-03236-JSR |
| Billable Pages: | 3 | Cost: | 0.24 |