IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARK CASHMAN AND CIRO AIELLO, Individually and On Behalf All Others Similarly Situated, | : : : : | CASE NO. 1:07-cv-03236-JSR |
| Plaintiffs, | : : | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| v. | : : | |
| MENU FOODS MIDWEST CORPORATION, et al., | : : : | |
| Defendants. | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants The Procter & Gamble Company ("Procter & Gamble") and The Iams Company ("Iams") state that Procter & Gamble is a publicly traded corporation and Iams is a wholly-owned subsidiary of Procter & Gamble. No other publicly held corporation owns 10% or more of the stock of Procter & Gamble or Iams.

Dated: New York, New York
June 29, 2007

                           **GIBBONS P.C.**
                           One Penn Plaza, 37th Floor
                           New York, New York 10119
                           (212) 649-4700
                           Attorneys for Defendants
                           The Procter & Gamble Company and
                           The Iams Company


                         By:    /s Kim M. Catullo
                                 Kim M. Catullo (KC-2390)
                                 Allison B. Neidoff (AN6716)

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of June, 2007, I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement of The Iams Company and The Procter & Gamble Company with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

>Gregory Mark Nespole
>Martin E. Restituyo
>WOLF HALDENSTEIN ADLER
>FREEMAN & HERZ LLP
>270 Madison Avenue
>New York, NY  10016
>
>Counsel for Plaintiffs
>Mark Cashman and Ciro Aiello

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Carolyn A. Dizon, Esq.
>DLA Piper
>1251 Avenue of the Americans
>New York, NY 10020-1104
>
>Counsel for the Menu Foods
>Defendants
>
>Megan S. Wynne, Esq.
>Morris Polich & Purdy
>1055 W. Seventh Street, 24th Floor
>Los Angeles, CA 90017-2503
>
>Counsel for Defendant
>Chem Nutra Inc.

      /s Kim M. Catullo
      Kim M. Catullo