DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Fax: (212) 335-3401
Alexander Shaknes (AS-8954)
Carolyn A. Dizon (CD-9854)

Attorneys for Defendants
Menu Foods Midwest Corporation,
Menu Foods Income Fund,
Menu Foods Limited,
Menu Foods, Inc., and
Menu Foods Holdings, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
Mark Cashman and Ciro Aiello,                      :
individually and on behalf of all others similarly
situated,                                          :
                                                   :
                Plaintiffs,                        :    Case No. 07 CV 3236 (JSR)
                                                   :
     -against-                                     :    ECF CASE
                                                   :
Menu Foods Midwest Corporation; Menu               :
Foods Income Fund; Menu Foods Limited;             :    **FEDERAL RULE OF CIVIL**
Menu Foods, Inc.; Menu Foods Holdings, Inc.;       :    **PROCEDURE 7.1 DISCLOSURE**
The Procter & Gamble Company; The Iams             :    **STATEMENT OF THE**
Company; ChemNutra, Inc.; and John Does 1          :    **MENU FOODS DEFENDANTS**
through 100,                                       :
                                                   :
                Defendants.                        :
------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., and Menu Foods Holdings, Inc. (collectively the "Menu Foods Defendants"), hereby certifies the following:

NEWY1\8120881

1. Menu Foods Corporation, an Ontario, Canada corporation with its principal place of business in Streetsville, Ontario, Canada, owns 10% or more of defendant Menu Foods Holding, Inc.'s stock.

2. Other than as listed above, no corporate parent, affiliate and/or subsidiary of the Menu Foods Defendants (other than the Menu Foods Defendants themselves) is a publicly held corporation that owns 10% or more of any of the Menu Foods Defendants' stock.

Dated: New York, New York
June 29, 2007

                        DLA PIPER US LLP

                        By: s/ Alexander Shaknes
                        Alexander Shaknes (AS-8954)
                        Carolyn A. Dizon (CD-9854)
                        1251 Avenue of the Americas
                        New York, New York 10020-1104
                        Tel: (212) 335-4500
                        Fax: (212) 335-4501

                        Attorneys for Defendants
                        Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., and Menu Foods Holdings, Inc.