Brian P. Heermance (BPH-6805)
Kevin A. Hickman (KH-2102)
MORRISON MAHONEY LLP
17 State Street, Suite 1110
New York, NY 10004
Tel.:   (212) 825-1212
Fax:   (212) 825-1313

Attorneys for Defendant
CHEMNUTRA INC.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
MARK CASHMAN and CIRO AIELLO,
individually and on behalf of all others similarly
situated,

                      Plaintiffs,

      -against-

MENU FOODS MIDWEST CORPORATION.
MENU FOODS INCOME FUND, MENU FOODS
LIMITED, MENU FOODS INC., MENU FOODS
HOLDINGS, INC., THE PROCTOR & GAMBLE
COMPANY, THE IAMS COMPANY,
CHEMNUTRA INC., and JOHN DOES 1 through
100,

                      Defendants.
-----------------------------------------------------------------x

**CORPORATE DISCLOSURE STATEMENT**

[Federal Rules of Civil Procedure, Rule 7.1]

**Index No.:** 07 CV 3236 (JSR)

**TO THE HONORABLE COURT:**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant CHEMNUTRA INC. submits its Corporate Disclosure Statement as follows:

    1.    There is no parent corporation for CHEMNUTRA INC.

    2.    There is no publicly held corporation that owns 10% or more of CHEMNUTRA INC.'s stock.

Dated: June 29, 2007    Respectfully submitted,

By: /s/ Brian P. Heermance
    Brian P. Heermance (BPH-6805)
    Kevin A. Hickman (KH-2102)
    MORRISON MAHONEY LLP
    17 State Street, Suite 1110
    New York, NY 10004
    Tel.:    (212) 825-1212
    Fax:    (212) 825-1313

    Attorneys for Defendant
    CHEMNUTRA INC.